UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT COOPERSMITH and ALLEN ECKERT, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEHMAN BROTHERS INC.,<br><br>Defendant. | C.A. No: 03-12205-RCL |

### MOTION OF PLAINTIFF ROBERT COOPERSMITH FOR APPOINTMENT AS LEAD PLAINTIFF, AND/OR FOR CERTIFICATION AS A CLASS REPRESENTATIVE PURSUANT TO RULE 23, AND FOR APPROVAL OF HIS SELECTION OF LEAD COUNSEL

Plaintiff Robert Coopersmith ("Movant"), through his undersigned counsel, hereby moves this Court for an order: (i) appointing Movant as Lead Plaintiff, pursuant to Section 21D of the Exchange Act, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. §78u-4; (ii) and/or, in the alternative, certifying the action as a class action and Movant as a class representative pursuant to Rule 23(a) and (b)(3); and (iii) approving Movant's selection of Lead Counsel.

This motion is made on the grounds that Movant believes he is the most adequate plaintiff, having satisfied the requirements of the PSLRA for appointment as lead plaintiff and no other applications to be appointed lead plaintiff having been filed (other than the application of Terry Swack in the related case *Swack v. Lehman Brothers Inc.*, C.A. No. 03- 10907-RCL, which application was denied. In addition, this action satisfies the requirements to be maintained as a class action pursuant to Rule 23(a) and (b)(3), and

Movant satisfies the requirements of Rule 23 because his claims are typical of class members' claims and he will fairly and adequately represent the Class.

The facts and law supporting the Motion are fully set forth in the accompanying Declaration of Thomas G. Shapiro and in the accompanying Memorandum of Law.

Dated: January 9, 2004

Respectfully submitted,

_____
Thomas G. Shapiro (BBO# 454680)
Theodore M. Hess-Mahan (BBO #557109)
SHAPIRO HABER & URMY LLP
75 State Street
Boston, MA 02109
(617) 439-3939

Robert Finkel
Wolf Popper LLP
845 Third Avenue
New York, NY 10022
(212) 759-4600

**Attorneys for Plaintiffs**

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that the parties' counsel have conferred pursuant to Local Rule 7.1(A)(2) and have attempted in good faith to narrow or resolve the issues raised in the Motion referenced above. The parties did not reach agreement.

_____
Thomas G. Shapiro

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL-HAND-FAX ON 1/9/04
_____

2