UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT COOPERSMITH and ALLEN ECKERT, Individually and on Behalf of all Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>LEHMAN BROTHERS INC.,<br><br>Defendant. | C.A. No: 03-12205-RCL |

### DECLARATION OF THOMAS G. SHAPIRO

I, THOMAS G. SHAPIRO declare under penalty of perjury:

1. I am a partner in the law firm of Shapiro Haber & Urmy LLP.

2. Attached hereto as Exhibit A is a true and correct copy of a PSLRA Notice published over *Market Wire*, a national business-oriented newswire service, on May 14, 2003.

3. Attached hereto as Exhibit B is the firm resume of Shapiro Haber & Urmy LLP.

4. Attached hereto as Exhibit C is the firm resume of Wolf Popper LLP.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 9, 2004.

_____
Thomas G. Shapiro