UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TERRY SWACK,<br><br>    Plaintiff,<br><br>v.<br><br>LEHMAN BROTHERS, INC.,<br><br>    Defendant. | Civil Action No. 03-10907-RCL |
| ROBERT COOPERSMITH and ALLEN ECKERT, Individually and on Behalf of all Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>LEHMAN BROTHERS, INC.,<br><br>    Defendant. | Civil Action No. 03-12205-RCL |

**MOTION TO ENLARGE TIME**

Pursuant to Fed. R. Civ. P. 6 and Local Rule 7.1(B)(2), the defendant Lehman Brothers, Inc. ("Lehman") respectfully moves that:

1. The time within which the defendant shall have to respond to the Motion for Appointment of Robert Coopersmith as Lead Plaintiff and for Approval of His Selection of Lead Counsel in No. 03-12205, shall be enlarged to and including February 11, 2004;

2. The time within which the defendants shall have to answer, move or otherwise respond to the complaint in either action shall be thirty (30) days after the later of

      (a) the entry of any order appointing a lead plaintiff, or (b) the service of a Consolidated Amended Complaint, if any; and

3. The parties shall thereafter agree upon a schedule for discovery, if any, and briefing of the alternative Motion for Class Certification by the plaintiff in No. 03-12205.

By its attorneys,

s/ John D. Donovan, Jr.
_____
John D. Donovan, Jr. (BBO# 130950)
Michael T. Marcucci (BBO# 652186)
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
(617) 951-7000

Moses Silverman
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019
(212) 373-3000

*Attorneys for Defendant*

Local Rule 7.1 Certification

Pursuant to Local Rule 7.1(A)(2), I hereby certify that I have conferred with counsel for the plaintiff in good faith on the subject matter of the within motion, and that the plaintiff has been unable to respond in a timely fashion.

s/ John D. Donovan, Jr.
_____
John D. Donovan, Jr. (BBO# 130950)

Certificate of Service

I hereby certify that I served the within document on counsel for all parties electronically and by first-class mail on February 4, 2004.

s/ John D. Donovan, Jr.
_____
John D. Donovan, Jr. (BBO# 130950)

Case 1:03-cv-12205-NMG    Document 5    Filed 02/04/2004    Page 3 of 3