UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT COOPERSMITH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| v. | ) | NO. 03-12205-RCL |
| | ) | |
| LEHMAN BROTHERS, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION HEARING

PLEASE TAKE NOTICE that the "Motion of Plaintiff Robert Coopersmith for Appointment as Lead Plaintiff, and/or for Certification as a Class Representative Pursuant to Rule 23, and for Approval of his Selection of Lead Counsel" (Docket # 2) has been scheduled for hearing on Tuesday, March 23, 2004, at 2:30 P.M. before Magistrate Judge Judith Gail Dein in Courtroom #15 on the 5th floor.

TONY ANASTAS,
CLERK OF COURT


  / s / Jolyne D'Ambrosio
By:  Deputy Clerk

DATED:  February 25, 2004